UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                                         :

BRAULIO THORNE, *on behalf of himself and all others*  :
*similarly situated*,

                                  :

                   Plaintiffs,      :                25-CV-9975 (JMF)

                                  :

         -v-                      :                ORDER

                                  :

BIOPTIMIZERS USA, INC.,               :

                                  :

                   Defendant.      :

                                  :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiffs allege that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated:  December 4, 2025                   _____
        New York, New York                JESSE M. FURMAN
                                      United States District Judge